IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 11, 2008

Charles R. Fulbruge III
Clerk

No. 07-41082
Summary Calendar

DIANA L EVANS

Plaintiff - Appellant

v.

TEXAS DEPARTMENT OF TRANSPORTATION

Defendant - Appellee

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:06-CV-166

Before REAVLEY, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court, rejecting the Title VII claims of the plaintiff, is affirmed for the reasons given by that court in the careful and thorough order dated October 1, 2007.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.